UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────
HANARO SHIPPING CO. LTD,

              Plaintiff,

    - against -

METRO OCEAN LIMITED,

              Defendant.
───────────────────────────────────

21-cv-4463 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

By Order dated December 22, 2021, the Court instructed the plaintiff to advise the Court by January 7, 2022 why this matter should not be closed on the Court's docket. ECF No. 11. The plaintiff did not respond to this Order. Accordingly, the Clerk is directed to close this case.

SO ORDERED.
Dated:    New York, New York
          March 18, 2022

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                              United States District Judge